IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ULTIMATE MOTORCARS, INC., and ADVANCED MOTORCARS, INC., <br><br>        **Plaintiffs,**<br><br>  vs.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY,<br><br>        **Defendant.** | **8:21CV393**<br><br>**ORDER** |
| MOTORCARS OF LINCOLN, LLC,<br><br>        **Plaintiff,**<br><br>  vs.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY,<br><br>        **Defendant.** | **8:21CV395**<br><br>**ORDER** |

After review of the pleadings in the above-captioned cases, and with the parties' consent, the Court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

**IT IS ORDERED**:

1. The above-captioned cases are consolidated for all purposes. The Court designates Case No. 8:21CV393 as the "Lead Case" and Case No. 8:21CV395 as the "Member Case."

2. The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file documents in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

3. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

4. If a party believes an item in addition to those described in paragraph 3 should not be filed in both the consolidated cases, the party must move for permission to file the item in the Member Case. The motion must be filed in both the consolidated cases using the spread text feature.

Dated this 9th day of December, 2021.

                                                BY THE COURT:

                                                s/Michael D. Nelson
                                                United States Magistrate Judge