IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ULTIMATE MOTORCARS, INC., and ADVANCED MOTORCARS, INC.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**HOUSTON SPECIALTY INSURANCE COMPANY,**<br><br>　　　　　**Defendant.**<br>_____<br><br>**MOTORCARS OF LINCOLN, LLC,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**HOUSTON SPECIALTY INSURANCE COMPANY,**<br><br>　　　　　**Defendant.** | **8:21CV393**<br><br>**AMENDED ORDER SETTING TRIAL AND SETTLEMENT CONFERENCE**<br><br><br><br><br><br>**8:21CV395**<br><br>**AMENDED ORDER SETTING TRIAL AND SETTLEMENT CONFERENCE** |

　　　This matter is before the Court on the text email motion (Filing No. 70 in the lead case). After review of the motion, the Court finds good cause to grant the continuance.

　　　**IT IS ORDERED** that the text email motion (Filing No. 70 in the lead case) is granted and the order setting trial and settlement conference (Filing No. 69 in the lead case) is amended as follows**:**

　　1)　Counsel shall submit supplemental confidential settlement statements to nelson@ned.uscourts.gov no later than **March 7, 2024**, setting forth the relevant positions of the parties concerning factual issues, issues of law, damages, and the settlement negotiation history of the case, including a recitation of any specific demands and offers that have been conveyed. Copies should NOT be served on opposing counsel or parties.

　　2)　The settlement conference set for February 2, 2024, is continued and will be set before United States Magistrate Judge Michael D. Nelson with counsel and representatives of the parties on **March 14, 2024**, from **9:00 a.m. to 4:00 p.m. CST** in Courtroom #6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha Nebraska. The parties' representatives and/or counsel shall be prepared to participate and negotiate a settlement of this case during the conference.

3)     The Final Pretrial Conference remains scheduled to be held before the undersigned magistrate judge on **March 4, 2024**, at **11:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on February 26, 2024**.

4)     The jury trial of this case remains set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **April 8, 2024**, or as soon thereafter as the case may be called, for a duration of **four (4)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

5)     Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

6)     The parties are ordered to comply with **Chief Judge Rossiter's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 25th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge